IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:12CR290-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER TO DISMISS WITHOUT** <br> ) **PREJUDICE THE INDICTMENT** |
| PRIVA ZIE | ) |

Leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment against defendant Priva Zie, who has signed a Pretrial Diversion agreement with the United States Attorney's Office and the Probation Office.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

IT IS SO ORDERED.

_____
Frank D. Whitney
Chief United States District Judge